UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In Re:

Regina Boykin

      Debtor

_____/

Case # 20-21393 BKC-PDR
Chapter 13

**EMERGENCY MOTION TO CONTINUE/EXTEND 11 USC 362 STAY**

COMES NOW THE DEBTORS, Regina Boykin and moves this Court for an Order Continuing the 11 USC 362 Stay for cause in this case and would state:

1. The debtors filed a prior case under case #19-22246 BKC-PDR wherein the case was dismissed on October 15, 2020 (DE# 73).

2. The debtor's case was dismissed because the Debtor was unable to work because of complications with the corona virus.

3. Specifically, the debtor was laid off during the period of time that 'non-essential" employees were required to stay away from their palces of employment.

4. The debtor's has since been re-employed believes that she can fund her bankruptcy plan to repay the arrears upon her mortgage, homeowners association and vehicle.

5. Allowing the extension of the bankruptcy stay will help the debtor facilitate a cure or mortgage modification and allow the debtor to propose a bankruptcy plan that satisfies all creditors of record.

6. 11 USC 362(c)(3)(b) provides that the debtor can move for extension of the bankruptcy stay if the debtor can demonstrate good faith as to the creditor being stayed.

WHEREFORE, THE DEBTOR prays this Court, Extend the 11 USC 362 bankruptcy stay to allow the debtor to complete the bankruptcy plan.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true copy of this motion were served by US Mail this <u>19th</u> day of <u>October 2020</u> upon the following:

<sub>I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).</sub>

Robin Weiner, Trustee
attached creditors

                John D. Bristol, Esq.
                Fla. Bar # 767425
                1776 N. Pine Island Road
                Suite 2245
                Plantation, Florida 33322
                J@jbristol.com
                (954) 475-2265